UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  06-23M |
| v. ) | |
| ) | DETENTION ORDER |
| JAMES LEROY HENDERSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Counts 1 and 2:  Aggravated Identity Theft in violation of 18 U.S.C. § 1028A.

Date of Detention Hearing:    February 27, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is both an economic danger and a risk of flight to the community based on the instant offense and on defendant's criminal background history.

    (2)    Defendant has a history of a series of probation revocations for failure to comply with the terms of his supervision.

    (3)    Defendant has a substantial number of previous failures to appear.

    (4)    Defendant is associated with 11 alias names, 2 social security numbers, and 2

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

dates of birth.

(5) Defendant is also associated with 4 counterfeit Florida drivers licenses, one counterfeit New Jersey license, and two counterfeit Wyoming licenses.

(6) There appear to be no conditions or combination of conditions other than detention that will reasonably address the risk of flight and economic danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of February, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge