UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-0074RSM |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| JAMES LEROY HENDERSON, | ) | |
| Defendant. | ) | |

THE COURT having considered the stipulation of the parties and the records and files herein, makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER CONTINUING TRIAL
AND MOTIONS DATES
(*JAMES LEROY HENDERSON*) – CR06-0074RSM –     1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1   IT IS THEREFORE ORDERED that the trial date in this matter is continued to from
2  May 15, 2006 to June 12, 2006, and that the pretrial motions date is continued to May 4,
3  2006.

4   IT IS FURTHER ORDERED the period of time from the current trial date of May 15,
5  2006, up to and including the new trial date of June 12, 2006, shall be excludable time
6  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

7   DONE  this  7  day of April, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/   Peter J. Avenia
WSBA # 20794
Attorney for James Leroy Henderson
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle WA 98101
206/553-1100 voice
206/553-0120 facsimile
peter_avenia@fd.org


s/ Thomas O. Rice
Assistant United States Attorney
*Per Telephonic Authorization*

ORDER CONTINUING TRIAL
AND MOTIONS DATES
(*JAMES LEROY HENDERSON*) – CR06-0074RSM –   2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100