JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES LEROY HENDERSON,<br><br>　　　　Defendant. | )<br>) Cause No. CR06-0074RSM<br>)<br>) ORDER GRANTING STIPULATED<br>) MOTION TO CONTINUE TRIAL AND<br>) PRETRIAL MOTIONS DATES<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

THE COURT, having considered the stipulation of the parties and the records and files herein, makes the following findings:

1.　The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U..C. Sec. 3161(h)(8)(B)(ii).

2.　The Court finds that the ends of justice will be served by ordering a continuance of this case, that a continuance is necessary to ensure effective trial preparation and that these factors

Order

**Law Offices of Jeffrey H. Smith**
1601 Fifth Avenue, Suite 2200
Seattle, WA. 98101
(206) 340-0053
Fax (206) 624-1767

outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. Sec. 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued from June 12, 2006 to September 18, 2006, and the pretrial motions date is continued to August 7, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of June 12, 2006 up to and including the new trial date of September 18, 2006 shall be excluded time pursuant to the Speedy Trial Act, 18 U.S.C. Sec. 3161 et seq.

DATED this 7th day of June, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order

**Law Offices of Jeffrey H. Smith**
**1601 Fifth Avenue, Suite 2200**
**Seattle, WA. 98101**
**(206) 340-0053**
**Fax (206) 624-1767**