JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR06-0074RSM |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL AND MOTIONS DATES |
| vs. | |
| JAMES LEROY HENDERSON, | |
| Defendant. | |

## **ORDER**

THE COURT, having considered defendant's Motion to continue and the records and files herein, makes the following findings:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. Sec. 3161(h)(8)(B)(ii);

2.    The Court finds that the ends of justice will be served by ordering a continuance of this case, that a continuance is necessary to ensure effective trial preparation and that these factors

Order Granting Motion to Continue

**Law Offices of Jeffrey H. Smith**
**1601 Fifth Avenue, Suite 2200**
**Seattle, WA. 98101**
**(206) 340-0053**
**Fax (206) 624-1767**

outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. Sec. 3161(h)(8)(A).

      IT IS THEREFORE ORDERED that the trial date in this matter is continued from September 18, 2006 to November 6, 2006, and the pretrial motions date is continued to September 28, 2006.

      IT IS FURTHER ORDERED the period of time from the current trial date of September 18, 2006 up to and including the new trial date of November 6, 2006 shall be excluded time pursuant to the Speedy Trial Act, 18 U.S.C. Sec. 3161 et seq.

      DATED this _28_ day of August, 2006

                                                          RICARDO S. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

Order Granting Motion to Continue

**Law Offices of Jeffrey H. Smith**
**1601 Fifth Avenue, Suite 2200**
**Seattle, WA. 98101**
**(206) 340-0053**
**Fax (206) 624-1767**