HON. RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES LEROY HENDERSON,<br><br>    Defendant. | NO. CR06-74 RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR A JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS THAT DEFENDANT BE HELD IN THIS DISTRICT UNTIL JUNE 15, 2007 |

  The court having reviewed defendant's motion for a judicial recommendation addressed to the United States Bureau of Prisons, an agency under the ultimate authority of the Attorney General, that the defendant be held in the Western District of Washington for an additional 90 days in order to make it possible for him to confer on a face-to-face basis with his attorney with regard to his appeal to the United States Court of Appeals for the Ninth Circuit, and the court having concluded that the motion is meritorious and should be granted, it is hereby

  ORDERED, pursuant to Rule 38(b), Fed. R. Crim. P., that the court recommends to the United States Bureau of Prisons that the defndant James Leroy Henderson, Reg. No. 33423-136, be held in the Western District of Washington until June 15, 2007, so that he may confer with his attorney concerning issues relating to his appeal.

ORDER GRANTING DEFENDANT'S MOTION
FOR A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT
DEFENDANT BE HELD IN THIS
DISTRICT UNTIL JUNE 15, 2007 - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

DONE this 19 day of March, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Allen R. Bentley
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA  98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER GRANTING DEFENDANT'S MOTION
FOR A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT
DEFENDANT BE HELD IN THIS
DISTRICT UNTIL JUNE 15, 2007 - 2